IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 19-cv-682-wmc

WADE C. STANLEY, CYNTHIA M.
STANLEY, ARTHUR F. STANLEY, and
CYNTHIA A. STANLEY,

        Defendants.

---

### ORDER OF DISMISSAL

---

The plaintiff, United States of America, having moved this court to dismiss the above-captioned case without prejudice under Fed. R. Civ. P. 41(a)(2), and based upon the records and proceedings held in this matter,

THE COURT FINDS:

1.    A judgment may be vacated under Fed. R. 60(b)(6) "for any other reason that justifies relief."

2.    In this case, Wade C. and Cynthia M. Stanley ("Stanleys") and the United States have reached a settlement and payment has been received. As a result, the United States no longer has an interest in the subject property and no longer wishes to pursue foreclosure.

3.    The Stanleys presumably prefer not to have a judgment of foreclosure against them.

4. In light of the procedural history of this case, relief under Rule 60(b) is justified, and dismissal without prejudice under Rule 41(a)(2) is proper.

IT IS HERBY ORDERED that:

1. Plaintiff United States of America's motion to vacate judgment and dismiss the complaint is GRANTED.

2. The judgment is vacated, and the case is dismissed with prejudice.

Entered this 19th day of October, 2020.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge
Western District of Wisconsin